UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATHLEEN BURGOS,

    Plaintiff,

v.                                                      Case No: 5:20-cv-147-Oc-30PRL

SOUTHEASTERN FREIGHT LINES,
INC. and THOMAS J. ANDERSON,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 16).  The Court notes that the parties did not file written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 16) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Dismiss (Dkt. 13) is GRANTED as to Count II, but otherwise DENIED.

3. Defendants' shall file an Answer to the Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of July, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record